489-15

# ELECTRONIC RECORD

COA #   01-13-00593-CR                    OFFENSE:   29.03 (Agg Robbery)

STYLE:   Bobby Dewayne Evans v. The State of Texas          COUNTY:   Jefferson

COA DISPOSITION:   AFFIRM          TRIAL COURT:   Crim Dist Ct

DATE: 03/31/2015          Publish: NO   TC CASE #:   12-14438

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Bobby Dewayne Evans v. The State of Texas          CCA #:   489-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____STRUCK_____          JUDGE: _____

DATE: 06/10/2015          SIGNED: _____   PC: _____

JUDGE: _____          PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

PRO SE   PETITION          REHEARING IN CCA IS: _____

FOR DISCRETIONARY REVIEW          JUDGE: _____

IS  REFUSED

DATE  09/16/2015          **ELECTRONIC RECORD**

_____

JUDGE